■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SMITH, Also Known as FRED SMITH, JR., Appellant.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.